■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBUR NOE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant argues that the court lacked jurisdiction over the charge of forgery in the second degree because defendant had not been held for the action of a Grand Jury on that charge when he pled guilty to a Superior Court Information. He argues that his plea should be vacated. We disagree. The court's dismissal of that charge and authorization to re-present it to a Grand Jury is deemed to constitute an order holding defendant for the action of the Grand Jury (CPL 210.45 [9]). We have examined defendant's remaining arguments on appeal and find them lacking in merit. (Appeal

from Judgment of Onondaga County Court, Cunningham, J.— Sexual Abuse, 1st Degree.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.